Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

JS-6

Attorneys for Plaintiff
MAERSK LINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAERSK LINE | ) Case No. CV 08-357 ODW (SHx) |
| | ) |
| Plaintiff, | ) **IN ADMIRALTY** |
| | ) |
| vs. | ) [~~PROPOSED~~]  **DEFAULT JUDGMENT** |
| | ) |
| GEP INTERNATIONAL FREIGHT FORWARDER, INC aka GEP INTERNATIONAL FREIGHT FORWARDER | ) |
| | ) |
| Defendant. | ) |

   IT IS ADJUDGED that Maersk Line. recover from GEP International Freight Forwarder, Inc. aka GEP International Freight Forwarder $47,284.00 plus costs and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated:  May 14, 2008        _____
                                         Hon. Otis D. Wright II
                                         United States District Judge

1